**STATE v. GREEN**

[347 N.C. 389 (1997)]

STATE OF NORTH CAROLINA v. DONALD DEVONE GREEN

No. 308A97

(Filed 5 December 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 126 N.C. App. 437, 486 S.E.2d 491 (1997), finding no error in the judgment entered by Llewellyn, J., on 15 November 1995 in Superior Court, New Hanover County, sentencing defendant for a class I felony pursuant to N.C.G.S. § 90-108(b). Heard in the Supreme Court 19 November 1997.

*Michael F. Easley, Attorney General, by Lars F. Nance, Special Deputy Attorney General, for the State.*

*Daniel Shatz for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is reversed. This case is remanded to the Court of Appeals for further remand to the Superior Court, New Hanover County, for entry of judgment as upon conviction of the misdemeanor offense as set forth in N.C.G.S. § 90-108(a)(7).

REVERSED AND REMANDED.